**Order filed December 1, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00155-CV
_____

**REGINALD PETTEWAY, Appellant**

**V.**

**TEXAS DOW EMPLOYEE'S CREDIT UNION, Appellee**

---

**On Appeal from the County Court at Law # 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI044286**

---

## O R D E R

Appellant's brief was due November 21, 2011. No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **December 15, 2011**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM